ACCEPTED
04-15-00127-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/31/2015 3:31:16 PM
KEITH HOTTLE
CLERK

# MOORMAN TATE HALEY UPCHURCH & YATES, LLP

R. HAL MOORMAN*†
STEVEN C. HALEY
LAURA UPCHURCH
WENDY YATES*
_____
ANDREW J. HEFFERLY
CHRISTOPHER S. HARDY

**ATTORNEYS AT LAW**
**207 EAST MAIN STREET**
**BRENHAM, TEXAS  77833**
**P.O. BOX 1808**
**BRENHAM, TEXAS  77834-1808**
**(979) 836-5664**
**FAX (979) 830-0913**
**www.moormantate.com**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/31/15 3:31:16 PM
KEITH E. HOTTLE
Clerk

*ESTATE PLANNING & PROBATE LAW
†CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

GEORGE M. McCORMICK  (1919-2011)
MILTON Y. TATE, JR.  (RETIRED)

July 31, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Ste. 3200
San Antonio, Texas  78205-3037

RE:  *El Caballero Ranch, Inc. and Laredo Marine, L.L.C. v. Grace River Ranch,*
*LLC;* No. 04-15-00127CV, 4ᵗʰ Judicial District, San Antonio, Texas

Dear Justices of the Fourth Court of Appeals:

By way of supplement of the Brief of Appellee filed herein, Grace River Ranch,
LLC (Grace River) provides the following additional argument:

### La Salle County No Longer a Party to the Suit Below
### With No Pending Affirmative Claims

Appellants, by their Brief, stated that La Salle County was a party to the
proceeding below and had filed an affirmative pleading asserting it was improper
for the trial court to enter a Partial Summary Judgment that the disputed road was a
public road (Appellants Brief at 27).  Although not indicated by Appellants' Brief,
La Salle County filed below its Plea to the Jurisdiction claiming that the county was
immune from Appellants' third party claim on the basis of sovereign immunity.  That

{18705.43065-00395933.DOCX}

Plea to the Jurisdiction was recently granted by the trial court on July 27, 2015.

Order – Plea to the Jurisdiction dated July 27, 2015 [Exhibit A].[1]  La Salle County

is no longer a party to the suit below.  La Salle County no longer has any pending

affirmative claim seeking any modification of the Partial Summary Judgment.

Sincerely,

STEVEN C. HALEY
SCH:mb

Enclosures

cc:     Annalyn G. Smith
        Schmoyer Reinhard, LLP
        17806 I-10W, Ste. 400
        San Antonio, Texas  78257
        E-mail:  asmith@ar-llp.com

        Kimberly S. Keller
        Keller Stolarczyk PLLC
        234 West Bandera Road, No. 120
        Boerne, Texas  78006
        E-mail:  kim@kellsto.com

---

[1] Grace River has requested the La Salle County District Clerk's Office to supplement the Appellate Record as soon as possible with a copy of this recent Order – Plea to the Jurisdiction.

{18705.43065-00395933.DOCX}

Donato Ramos, Jr.
Law Offices of Donato D. Ramos, P.L.L.C.
Texas Community Bank Building
6721 McPherson, Suite 350
Laredo, Texas 78041
E-mail: donatoramosjr@ddrlex.com

# EXHIBIT A

CAUSE NO. 13-04-00108-CVL

| | | |
|---|---|---|
| GRACE RIVER RANCH, LLC | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | |
| EL CABALLERO RANCH, INC. A/K/A | § | |
| EL CABALLERO, LLC AND LAREDO | § | 218th JUDICIAL DISTRICT |
| MARINE, L.L.C. | § | |
| | § | |
| v. | § | |
| | § | |
| COUNTY OF LA SALLE | § | LASALLE COUNTY, TEXAS |

## ORDER – PLEA TO THE JURISDICTION

On April 1, 2015, came on for hearing the Plea to the Jurisdiction filed herein by Third Party Defendant COUNTY OF LA SALLE ("La Salle County"). Plaintiff GRACE RIVER RANCH, LLC, Defendants/Third Party Plaintiffs EL CABALLERO RANCH, INC. a/k/a EL CABALLERO, LLC and LAREDO MARINE, LLC, (collectively "El Caballero"), and Third Party Defendant La Salle County each appeared by and through counsel.

The Court having considered the pleadings, arguments and evidence presented, SUSTAINS the Plea to the Jurisdiction. All claims for relief of El Caballero against La Salle County are dismissed.

Rendered and Signed July 27, 2015.

_Russell Wilson_
Judge Presiding



FILED FOR RECORD
At 8:20 o'clock A. M.

JUL 29 2015

MARGARITA A. ESQUEDA
COUNTY & DISTRICT CLERK
LA SALLE COUNTY, TEXAS
BY_____ DEPUTY

VOL. 101 PAGE 202